1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | RENEWED EFFORTS OF NEIGHBORS AGAINST LANDFILL EXPANSION, an unincorporated association,
12 |
13 |     Plaintiff,
14 | vs.
15 | COUNTY OF SONOMA, a political subdivision of the State of California; SONOMA COMPOST COMPANY, a corporation; SONOMA COUNTY WASTE MANAGEMENT AGENCY, a public agency,
16 |
17 |
18 |     Defendants.
19 |

Case No. 3:14-CV-03804-TEH

[~~PROPOSED~~] **ORDER REGARDING STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**

20
21
22
23
24
25
26
27
28

1

# [~~PROPOSED~~] ORDER

Pursuant to the joint stipulation of the parties filed concurrently herewith, and good cause appearing, the parties' request to continue the Initial Case Management Conference is GRANTED. The Initial Case Management Conference is continued to **December 8, 2014**, at 1:30 p.m., in Courtroom 12, 19th Floor, of the Phillip Burton Federal Building and United States Courthouse, San Francisco, California. In addition, the following deadlines are continued accordingly:

| EVENT | DEADLINE |
| --- | --- |
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | November 17, 2014 |
| Last day to file ADR Certification signed by Parties and Counsel | November 17, 2014 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | November 17, 2014 |
| Last day to file Federal Rule of Civil Procedure 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report | December 1, 2014 |
| Last day to file Case Management Statement per Standing Order for the Honorable Thelton E. Henderson dated August 8, 2012, Docket No. 4-1 | December 1, 2014 |

IT IS SO ORDERED.

DATED: __10/27/2014__    _____ JUDGE



2

[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND DEADLINE FOR INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES