Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th St., Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         richard@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
RENEWED EFFORTS OF NEIGHBORS
AGAINST LANDFILL EXPANSION

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEWED EFFORTS OF NEIGHBORS AGAINST LANDFILL EXPANSION, an unincorporated association,<br><br>       Plaintiff,<br><br>   vs.<br><br>COUNTY OF SONOMA, a political subdivision of the State of California; SONOMA COMPOST COMPANY, a corporation; SONOMA COUNTY WASTE MANAGEMENT AGENCY, a public agency,<br><br>       Defendants. | Case No. 3:14-CV-03804-TEH<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AGAINST COUNTY OF SONOMA AND DEFENDANT SONOMA COUNTY WASTE MANAGEMENT AGENCY; [~~PROPOSED~~] ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE AGAINST COUNTY OF SONOMA AND SONOMA COUNTY WASTE MANAGEMENT AGENCY**<br><br>**[FRCP 41(a)(2)]** |

WHEREAS, on June 17, 2014, Plaintiff Renewed Efforts of Neighbors Against Landfill

Expansion ("RENALE") provided Defendants County of Sonoma ("Sonoma"), Sonoma Compost

Company ("Sonoma Compost"), and Sonoma County Waste Management Agency ("SCWMA")

with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33

U.S.C. § 1365.

WHEREAS, on August 21, 2014, RENALE filed its Complaint against Defendants in this

Court, *Renewed Efforts of Neighbors Against Landfill Expansion v. County of Sonoma, Sonoma*

*Compost Company, and Sonoma County Waste Management Agency*, Case No. 3:14-cv-03804-TEH.

Said Complaint incorporates by reference all of the allegations contained in RENALE's Notice.

WHEREAS, RENALE and Sonoma and SCWMA (the "settling parties"), through their

authorized representatives and without either adjudication of RENALE's claims or admission by

Sonoma and SCWMA of any alleged violation or other wrongdoing, have chosen to resolve in full

by way of settlement the allegations of RENALE as set forth in the Notice and Complaint, thereby

avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement and

Mutual Release of Claims ("Settlement Agreement") entered into by and between RENALE and

Sonoma and SCWMA is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the settling parties submitted the Settlement Agreement via certified mail,

return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review

period set forth at 40 C.F.R. § 135.5 has completed.  The federal agencies have submitted

correspondence to the Court indicating that they have no objection to the terms of the Settlement

Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

settling parties that RENALE's claims as to Sonoma and to SCWMA, as set forth in the Notice and

Complaint, be dismissed with prejudice.  The settling parties respectfully request an order from this

Court dismissing such claims.  In accordance with Paragraphs 2 and 21 of the Settlement Agreement,

the settling parties also request that this Court maintain jurisdiction over the settling parties through

the later of the 30th day after Sonoma provides written notification to RENALE pursuant to

Paragraph 9 (of the Settlement Agreement) of Sonoma's written acceptance of the return by

SCWMA to Sonoma of the Compost Facility site in clean condition or through the completion of

any payment required by the Settlement Agreement, for the sole purpose of resolving any disputes

between the parties with respect to enforcement of any provision of the Settlement Agreement..

Dated: July 20, 2015                    Respectfully submitted,

                                         LOZEAU DRURY LLP

                              By:     _/s/ Douglas J. Chermak_____
                                      Douglas J. Chermak
                                      Attorneys for Plaintiff
                                      RENEWED EFFORTS OF NEIGHBORS AGAINST
                                      LANDFILL EXPANSION


Dated:  July 20, 2015                   HUNTON & WILLIAMS LLP


                              By:    _/s/ William Um (as authorized on 7/17/15)___
                                      WILLIAM UM
                                      Attorneys for Defendant
                                      COUNTY OF SONOMA


Dated:  July 20, 2015                   BEST BEST & KRIEGER LLP


                              By:    _/s/ Gene Tanaka (as authorized on 7/17/15)___
                                      GENE TANAKA
                                      SHAWN HAGERTY
                                      Attorneys for Defendant
                                      SONOMA COUNTY WASTE MANAGEMENT
                                      AGENCY


### [~~PROPOSED~~] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff Renewed Efforts of Neighbors Against Landfill

Expansion's claims against Defendant County of Sonoma and Defendant Sonoma County Waste

Management Agency as set forth in the Notice and Complaint filed in Case No. 3:14-cv-03803-TEH,

are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Renewed Efforts of Neighbors Against Landfill Expansion, County of Sonoma, and Sonoma County Waste Management Agency through the later of the 30th day after County of Sonoma provides written notification to RENALE pursuant to Paragraph 9 (of the Settlement Agreement) of Sonoma's written acceptance of the return by SCWMA to Sonoma of the Compost Facility site in clean condition or through the completion of any payment required by the Settlement Agreement, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement, attached to the Stipulation to Dismiss as Exhibit 1, which Settlement Agreement is hereby incorporated by reference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____07/21_____, 2015



_____
Hon. _____
United S_____
Judge Thelton E. Henderson