Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th St., Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
　　　　richard@lozeaudrury.com
　　　　doug@lozeaudrury.com

Attorneys for Plaintiff
RENEWED EFFORTS OF NEIGHBORS
AGAINST LANDFILL EXPANSION

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEWED EFFORTS OF NEIGHBORS AGAINST LANDFILL EXPANSION, an unincorporated association,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SONOMA, a political subdivision of the State of California; SONOMA COMPOST COMPANY, a corporation; SONOMA COUNTY WASTE MANAGEMENT AGENCY, a public agency,<br><br>　　　　　Defendants. | Case No. 3:14-CV-03804-TEH<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AGAINST DEFENDANT SONOMA COMPOST COMPANY; [~~PROPOSED~~] ORDER GRANTING DISMISSAL OF CLAIMS WITH PREJUDICE AGAINST SONOMA COMPOST COMPANY**<br><br>**[FRCP 41(a)(2)]** |

WHEREAS, on June 17, 2014, Plaintiff Renewed Efforts of Neighbors Against Landfill Expansion ("RENALE") provided Defendants County of Sonoma ("Sonoma"), Sonoma Compost Company ("Sonoma Compost"), and Sonoma County Waste Management Agency ("SCWMA") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on August 21, 2014, RENALE filed its Complaint against Defendants in this

Court, *Renewed Efforts of Neighbors Against Landfill Expansion v. County of Sonoma, Sonoma Compost Company, and Sonoma County Waste Management Agency*, Case No. 3:14-cv-03804-TEH. Said Complaint incorporates by reference all of the allegations contained in RENALE's Notice.

WHEREAS, on July 21, 2015, the Court dismissed RENALE's action with respect to Defendants Sonoma and SCWMA only.

WHEREAS, RENALE and Sonoma Compost (the "settling parties"), through their authorized representatives and without either adjudication of RENALE's claims or admission by Sonoma Compost of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of RENALE as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between RENALE and Sonoma Compost is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the settling parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed. The federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the settling parties that RENALE's claims as to Sonoma Compost, as set forth in the Notice and Complaint, be dismissed with prejudice. The settling parties respectfully request an order from this Court dismissing such claims. In accordance with Paragraphs 2 and 15 of the Settlement Agreement, the settling parties also request that this Court maintain jurisdiction over the settling parties through the later of the 15th day after Sonoma County provides written notification to RENALE that Sonoma Compost surrendered to SCWMA the possession of the Compost Facility in the manner described in Paragraph 4.b of the Settlement Agreement, or through the completion of any payment required by the Settlement Agreement, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: September 22, 2015

Respectfully submitted,

LOZEAU DRURY LLP

By:    */s/ Douglas J. Chermak*
Douglas J. Chermak
Attorneys for Plaintiff
RENEWED EFFORTS OF NEIGHBORS AGAINST LANDFILL EXPANSION

Dated:  September 22, 2015

DOWNEY BRAND LLP

By:    */s/ Nicole E. Granquist (as authorized on 9/22/15)*
NICOLE E. GRANQUIST
Attorneys for Defendant
SONOMA COMPOST COMPANY

# [~~PROPOSED~~] ORDER

Good cause appearing, and the parties having stipulated and agreed,

    IT IS HEREBY ORDERED that Plaintiff Renewed Efforts of Neighbors Against Landfill Expansion's claims against Defendant Sonoma Compost Company as set forth in the Notice and Complaint filed in Case No. 3:14-cv-03803-TEH, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

    IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Renewed Efforts of Neighbors Against Landfill Expansion and Sonoma Compost Company through the later of the 15th day after Sonoma County provides written notification to RENALE that Sonoma Compost surrendered to SCWMA the possession of the Compost Facility in the manner described in Paragraph 4.b of the Settlement Agreement, or through the completion of any payment required by the Settlement Agreement, which is attached to the Stipulation to Dismiss as Exhibit 1, which

///

TO DISMISS PLAINTIFF'S CLAIMS

3

Case No. 3:14-CV-03803-TEH

Settlement Agreement is hereby incorporated by reference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____09/23_____, 2015

_____
Hon.
United

Judge Thelton E. Henderson